**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| M. SCOTT HAYNES, | ) | Case No. 2:21-cv-00544 |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| THE KROGER CO., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

By stipulation of the undersigned counsel and agreement of the parties, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 5th day of January, 2022.

*/s/ Trisha M. Breedlove* (1.5.22 email auth.)

Trisha M. Breedlove (0095852)
The Spitz Law Firm, LLC
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Counsel for Plaintiff*

*/s/ Benjamin W. Mounts*

Jeffrey S. Hiller (0081533)
Benjamin W. Mounts (0096244)
Littler Mendelson, P.C.
41 South High Street, Suite 3250
Columbus, Ohio 43215
Telephone: (614) 463-4230
Facsimile: (614) 573-7475
jhiller@littler.com
bmounts@littler.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing *Stipulated Dismissal with Prejudice* has been filed via the electronic filing system on January 5, 2022. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/ Benjamin W. Mounts
Benjamin W. Mounts